UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA AVILES, | No. C 07-6019 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PAUL COPENHAVEN, warden, | |
| Respondent. | |

The petition for a writ of habeas corpus is dismissed without prejudice to petitioner filing a new petition after exhausting the Bureau of Prisons' administrative appeals process.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 3, 2007

_____
SUSAN ILLSTON
United States District Judge